UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kenneth Imhotep Vaughn Bey,<br><br>  Plaintiff<br><br>v.<br><br>Roy Zalmon,<br><br>  Defendant | Case No.: 2:21-cv-1457-JAD-EJY<br><br>**Order Adopting Report & Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

On August 6, 2021, the magistrate judge recommended that I dismiss this action as frivolous and delusional and incapable of stating a cognizable cause of action. The deadline for any party to object to that recommendation was August 20, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety. **This case is DISMISSED with prejudice** and the application to proceed in forma pauperis **[ECF No. 1] is DENIED.** The Clerk of Court is directed to ENTER JUDGMENT accordingly.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).